# Court of Appeals
# of the State of Georgia

ATLANTA,  September 22, 2020

*The Court of Appeals hereby passes the following order:*

**A21A0042. LONNIE LEWIS MARCUS v. STATE OF GEORGIA, ex rel. JEFFREY LANGLEY, DISTRICT ATTORNEY, ENOTAH JUDICIAL CIRCUIT.**

Lonnie Lewis Marcus filed a direct appeal of the trial court's final forfeiture order, which was docketed as Case No. A20A2026. Due to a clerical error, the appeal has been docketed again as Case No. A21A0042. Because Case No. A21A0042 is duplicative of Case No. A20A2026, Case No. A21A0042 is hereby DISMISSED as superfluous. The parties are DIRECTED to submit all future filings in this appeal under Case No. A20A2026.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  09/22/2020*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*